Probation Form No. 35

(1/92)

Report and Order Terminating Supervised Release

Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Dkt. No.  1:00:CR:180-01 |
| | ) | |
| BRANDON TURNER | ) | |

On October 9, 2009, the above named was placed on supervised release for a period of five years. The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision.

The defendant has met the conditions of supervised release, successfully reintegrated into the community, and does not pose a foreseeable risk to public safety or any individual third party.  The assigned Assistant U.S. Attorney was consulted regarding early termination in this case and expressed concurrence with this recommendation.

Pursuant to the provisions of 18 U.S.C. § 3564(c) and The Supervision of Federal Offenders, Monograph 109, Chapter  3 § 380.10, it is respectfully recommended the defendant's term of supervised release be satisfactorily terminated prior to the original expiration date.

Respectfully submitted,

/s/ Elisha Rivera

Sr. U.S. Probation Officer
Southern District of New York

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and the proceedings in the case be terminated.

Dated this ____16th____ day of ____December_____, 2013.

/s/ Paul L. Maloney

The Honorable Paul L. Maloney
U.S. District Judge